# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RICHARD R. LAASIRI,**

        Plaintiff,

       V.                             CASE NUMBER: **04-C-727**

**JO ANNE BARNHART,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED.**

    **This case is hereby DISMISSED.**

| | |
|---|---|
|     March 23, 2006 |  SOFRON B. NEDILSKY |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |